■ KATHERINE M. KASTICK, Individually and as Executrix of THEODORE H. KASTICK, Deceased, et al., Appellants, v U-HAUL COMPANY OF WESTERN MICHIGAN et al., Respondents. (Appeal No. 2.) [738 NYS2d 631] —Appeal from an order of Supreme Court, Cayuga County (Corning, J.), entered January 26, 2001, which denied plaintiffs' post-trial motion for an additur.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see,* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Pine, Scudder, Burns and Gorski, JJ.